1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 ROGER KEITH REMY

FILED

APR 9 2007

CLERK
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROGER KEITH REMY,<br><br>　　　　Defendant. | NO. 1:07-cr-00054<br><br>[~~PROPOSED~~] ORDER GRANTING / DENYING DEFENDANT'S MOTION TO REVOKE OR REDUCE THE AMOUNT OF REIMBURSEMENT<br><br>Judge: Hon. Dennis L. Beck |

Having read and considered Defendant Roger Keith Remy's Motion to Revoke or Reduce the Amount of Reimbursement, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that

__X__ Defendant's motion to revoke the order previously made for reimbursement to the Court in the amount of $400.00 per month **IS HEREBY GRANTED**.

- OR -

_____ Defendant's motion for modification of the order previously made for reimbursement to the Court in the amount of $400.00 per month **IS HEREBY MODIFIED AND REDUCED** to the sum of $_____ per month commencing _____, and continuing in a like sum per month pending further order of the court.

**IT IS SO ORDERED.**

DATED: April __9__, 2007

DENNIS L. BECK, Magistrate Judge
Eastern District of California