1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROGER KEITH REMY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:07-cr-00054 |
|---|---|
| Plaintiff, | ) ORDER GRANTING / DEFENDANT'S |
| | ) MOTION TO REVOKE OR REDUCE THE |
| v. | ) AMOUNT OF REIMBURSEMENT |
| ROGER KEITH REMY, | ) |
| | ) Judge: Hon. Dennis L. Beck |
| Defendant. | ) |

Having read and considered Defendant Roger Keith Remy's Motion to Revoke or Reduce the Amount of Reimbursement, and **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that

   **X**   Defendant's motion to revoke the order previously made for reimbursement to the Court in the amount of $400.00 per month **IS HEREBY GRANTED**.

- OR -

_____ Defendant's motion for modification of the order previously made for reimbursement to the Court in the amount of $400.00 per month **IS HEREBY MODIFIED AND REDUCED** to the sum of $_____ per month commencing _____, and continuing in a like sum per month pending further order of the court.

IT IS SO ORDERED.

Dated:   **April 11, 2007**        /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE