DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROGER KEITH REMY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROGER KEITH REMY,<br><br>　　　　　Defendant. | NO. 1:07-cr-00054 AWI<br><br>STIPULATION TO DISCONTINUE REPORTING REQUIREMENTS TO PRETRIAL SERVICES;   ORDER<br><br>Time:<br>Judge: Hon. Sandra M. Snyder |

**STIPULATION REGARDING REPORTING REQUIREMENTS**

　　　By agreement of the parties, IT IS HEREBY STIPULATED and agreed that Roger Remy, defendant in the above-captioned case, be removed from all reporting conditions.  Roger Remy will remain on release on his own recognizance.

| | |
|---|---|
| McGREGOR M. SCOTT<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/  Mark J. McKeon<br>MARK J. McKEON<br>Assistant United State Attorney<br>Counsel for Plaintiff<br>DATED: June 15, 2007 | /s/  Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Counsel for Defendant<br>DATED:  June 15, 2006 |

IT IS SO ORDERED.

**Dated:   July 9, 2007**　　　　　　　　　　　**/s/ Sandra M. Snyder**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE