DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROGER REMY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROGER REMY,<br><br>  Defendant. | NO. 1:07-cr-00054 AWI<br><br>MOTION FOR RELEASE OF PASSPORT AND ORDER THEREON<br><br>Judge: Hon. Anthony W. Ishii |

Defendant Roger Remy, by and through his attorney, and pursuant to 18 U.S.C. § 3142(c)(3), hereby moves for release of his passport. Defendant submits the following:

Mr. Remy has been represented by the Federal Defender Office since March 16, 2007. He has been indicted on three counts of false statement in violation of 18 U.S.C. § 1001, and three counts of false claims in violation of 18 U.S.C. § 287. The indictment charges Mr. Remy with making false statements to the Department of Veterans Affairs, and with making false claims to the Department of Veterans Affairs.

Mr. Remy was released on his own recognizance. He was subsequently ordered to report to Pretrial Services, and did so from April 26, 2007 to July 11, 2007, when he was released from reporting requirements.

Mr. Remy seeks return of his passport. He is disabled, travels in the company of his wife and third party custodian Ane Remy, and is a heart transplant candidate. While he has traveled with his family to

family outings, his primary travel has been to Los Angels and locally in Bakersfield to his doctor's appointments.  He is not a flight risk, nor is he a danger to the community.

### *Conclusion*

For the reasons stated above, Mr. Remy requests that the motion for release of passport be granted. Because of the time and distance involved in traveling to Fresno to obtain the passport because he resides in Bakerfield, California, he further requests that the passport be released and provided to defendant's counsel herein.

Dated:  July 12, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

　/s/   Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
ROGER REMY

### **ORDER**

 **X**    **IT IS HEREBY ORDERED:    The Motion is DENIED without prejudice.**

DATED: 7/25/2007               　　　　　/s/ Sandra M. Snyder
SANDRA M. SNYDER, Magistrate Judge
Eastern District of California

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-cr-00054 AWI |
| )  | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROGER REMY, ) | |
| ) | |
| Defendant. ) | |

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers. On July 12, 2007, she personally served a copy of the attached:

MOTION FOR RELEASE OF PASSPORT
AND [PROPOSED] ORDER THEREON

upon the Plaintiff and interested parties in said action by hand delivery to the person(s) at the place(s) hereinafter set forth, as follows:

    McGREGOR W. SCOTT
    United States Attorney
    MARK McKEON
    Assistant United States Attorney
    Federal Building, Room 4401
    2500 Tulare Street
    Fresno, CA 93721

    DAN STARK
    Pretrial Services Officer
    Federal Building, Room 3601
    2500 Tulare Street
    Fresno, CA  93721

DATED: July 12, 2007

                                              /s/  Agapita Betancourt
                                              AGAPITA BETANCOURT
                                              [Original signature maintained in file
                                                of Melody M. Walcott.]