IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-cr-00054 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS |
| ) | HEARING; ORDER THEREON |
| v. ) | |
| ) | |
| ROGER KEITH REMY, ) | Date:  January 28, 2008 |
| ) | Time:  9:00 A.M. |
| Defendant. ) | Judge: Hon. Anthony W. Ishii |
| ) | |

The parties have filed the following stipulation:

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above captioned matter now scheduled for December 17, 2007, **may be continued to January 28, 2008 at 9:00 A.M.**

This continuance is at the request of defense counsel to allow for continuity of counsel because the parties' next jointly-available date is January 28, 2008.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for continuity of counsel and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR M. SCOTT
United States Attorney

DATED: December 11, 2007              By   /s/ Mark J. McKeon
                                           MARK J. McKEON
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

```
                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED:  December 11, 2007              By  /s/ Melody M. Walcott
                                              MELODY M. WALCOTT
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              ROGER KEITH REMY
```

## ORDER

Accordingly, **IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   December 11, 2007**           /s/ **Anthony W. Ishii**
                                         UNITED STATES DISTRICT JUDGE

Stipulation To Continue Motions
Hearing; [Proposed] Order                       2