1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROGER REMY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00054-AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| v. | ) ) | Date: April 7, 2008 |
| ROGER REMY, | ) ) | Time: 9:00 A.M.
Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-captioned matter now scheduled for March 31, 2007, **may be continued to April 7, 2008 at 9:00 A.M.**

This continuance is at the request of defense counsel to allow for further plea negotiations. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

McGREGOR M. SCOTT
United States Attorney

DATED: March 26, 2008      By      /s/ Mark J. McKeon
                                   MARK J. McKEON
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 26, 2008      By      /s/ Melody M. Walcott
                                   MELODY M. WALCOTT
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   ROGER KEITH REMY

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   March 26, 2008**          /s/ **Anthony W. Ishii**
                                     UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE AND
[PROPOSED] ORDER                -2-