1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

6  Attorney for Defendant
   ROGER KEITH REMY

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,       ) NO. 1:07-cr-00054 AWI
   |                                 )
12 |            Plaintiff,           ) STIPULATION TO CONTINUE STATUS
   |                                 ) CONFERENCE; ORDER THEREON
13 |       v.                        )
   |                                 ) Date:  May 5, 2008
14 | ROGER KEITH REMY,               ) Time:  9:00 A.M.
   |                                 ) Judge: Hon. Anthony W. Ishii
15 |            Defendant.           )
   |                                 )
16 |_____)

18      **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the status conference in the above-captioned matter now scheduled for April 28, 2008, **may be continued to Monday, May 5, 2008 at 9:00 A.M.**

21      This continuance is at the request of defense counsel to allow for further defense preparation and plea negotiations.  The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

                        McGREGOR M. SCOTT
                        United States Attorney

DATED: April 17, 2008        By   /s/ Mark J. McKeon
                        MARK J. McKEON
                        Assistant United States Attorney
                        Attorney for Plaintiff

                        DANIEL J. BRODERICK
                        Federal Defender

DATED: April 17, 2008        By   /s/ Melody M. Walcott
                        MELODY M. WALCOTT
                        Assistant Federal Defender
                        Attorney for Defendant
                        ROGER KEITH REMY

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   April 18, 2008**                **/s/ Anthony W. Ishii**
                                            UNITED STATES DISTRICT JUDGE