1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

6 | Attorney for Defendant
ROGER KEITH REMY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00054 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| v. | ) | Date: June 23, 2008 |
| ROGER KEITH REMY, | ) | Time: 9:00 A.M. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record, that the status conference in the above-captioned matter now scheduled for May 19, 2008, **may be continued to June 23, 2008 at 9:00 A.M.**

This continuance is at the request of defense counsel to allow for further defense investigation and plea negotiations. The requested continuance will conserve time and resources for both counsel and the court. AUSA, Mark McKeon, has no objection.

///
///
///
///
///

The parties agree that the time delay resulting from the continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

McGREGOR M. SCOTT
United States Attorney

DATED: May 14, 2008     By     /s/ Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 14, 2008     By     /s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender
Attorney for Defendant
ROGER KEITH REMY

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   May 14, 2008**          /s/ **Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE AND
[PROPOSED] ORDER                        -2-