LAWRENCE G. BROWN
Acting United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROGER KEITH REMY, ) <br> ) <br> Defendant. ) <br> _____ ) | 1:07-cr-00054-OWW <br><br> ORDER RE EXHIBITS |

IT IS HEREBY ORDERED THAT:

1. The parties shall each maintain possession of their exhibits admitted into evidence in this matter until the judgment is final.

2. The parties may substitute true and correct copies for any original documents admitted into evidence.

IT IS SO ORDERED.

**Dated:   March 13, 2009**            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1