Patience Milrod #77466
844 North Van Ness Avenue
Fresno, California 93728
559/442-3111

Attorney for Roger Keith Remy

FILED

OCT 13 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>vs.<br><br>ROGER KEITH REMY,<br>           Defendant. | Case No. 1:07-cr-00054 OWW<br><br>STIPULATION AND [~~Proposed~~]<br>ORDER TO EXTEND DATE FOR<br>DEFENDANT TO SELF<br>SURRENDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK JOSEPH McKEON, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, appellate counsel for the defendant herein:

1. Appellate counsel for Roger Remy was appointed on September 8, 2009 to represent Mr. Remy in his appeal.

2. Appellate counsel received trial counsel's file on September 29, 2009.

3. No later than October 27, 2009, appellate counsel will file a motion for release

*Stipulation and [Proposed] Order*                                                                                                            *1*

pending appeal. Said motion will be heard before this Court on November 30, 2009 at 9:00 a.m.

4. The parties hereby stipulate to an order extending the date on which defendant, Roger Remy, must self-surrender from October 23, 2009 through and until 5 days after this Court has ruled on Mr. Remy's motion for release pending appeal.

IT IS SO STIPULATED.

Dated:   October 13, 2009         /s/ Patience Milrod
                                  PATIENCE MILROD
                                      Attorney for defendant
                                      ROGER REMY

Dated:   October 13, 2009         /s/ Mark Joseph McKeon
                                  United States Attorney
                                  LAWRENCE G. BROWN
                                  By MARK JOSEPH McKEON
                                  Assistant U.S. Attorney

### [PROPOSED] ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant, Roger Remy's date for self-surrender presently set for October 23, 2009 be and is hereby extended to 3 p.m. on the 5th calendar day after the Court has ruled on Mr. Remy's release pending appeal.

IT IS SO ORDERED.

Dated:   10-13-09

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

_____
HON. OLIVER W. WANGER
Judge of the Eastern District

*Stipulation and [Proposed] Order*                                                                                                    *3*