Patience Milrod
844 N. Van Ness Avenue
Fresno, California 93728
559/442-3111

Attorney for Roger Keith Remy

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07-cr-00054-OWW |
|---|---|---|
| Plaintiff, | ) | DEFENDANT ROGER REMY'S |
|  | ) | WAIVER OF PERSONAL PRESENCE |
| vs. | ) | and ORDER |
|  | ) |  |
| ROGER REMY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

     Defendant ROGER REMY hereby waives his right to be present in person at the hearing of any motion or other proceeding in this case, including defendant's Motion for Release Pending Appeal to be heard on December 14, 2009. Defendant hereby requests that the Court proceed during his every absence which the Court may permit pursuant to this waiver, and he further agrees that his interests will be deemed protected and represented at all times by the presence of his attorney, PATIENCE MILROD, to the same extent as if defendant were personally present.

*Defendant Roger Remy's waiver of personal presence*　　　　　　　　　　　　　　　　1

PDF created with pdfFactory trial version www.pdffactory.com

Defendant further agrees to be present in court at any date and time the Court may order, and to surrender himself into custody at any date, time and place which the Court may fix in his absence.

Dated:   December 2, 2009

/s/Roger Keith Remy
ROGER KEITH REMY
Defendant

Dated:   December 2, 2009

/s/ Patience Milrod
PATIENCE MILROD
Attorney for defendant
ROGER KEITH REMY

Dated:   December 2, 2009          SO ORDERED.

_/s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
United States District Judge

*Defendant Roger Remy's waiver of personal presence*                                    2

PDF created with pdfFactory trial version www.pdffactory.com