Patience Milrod  #77466
844 North Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for Roger Keith Remy

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ROGER KEITH REMY,<br>　　　　　　　　　Defendant. | Case No. 1:07-cr-00054 OWW<br><br>STIPULATION AND ORDER TO EXTEND DATE FOR HEARING ON MOTION FOR RELEASE PENDING APPEAL |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK JOSEPH McKEON, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, appellate counsel for the defendant herein:

　　　1. Appellate counsel for Roger Remy was appointed on September 8, 2009 to represent Mr. Remy in his appeal.

　　　2. Appellate counsel received trial counsel's file on September 29, 2009.

　　　3. On December 7, 2009 appellate counsel discovered missing exhibits.

　　　4. As of December 10, 2009 appellate counsel is still trying to locate missing

*Stipulation and Order*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

PDF created with pdfFactory trial version www.pdffactory.com

exhibits.

5. On December 10, 2009 Appellate counsel requested an extension of time to file opening brief due to the missing exhibits. The Ninth Circuit Court of Appeals granted the extension.

6. On December 10, 2009 Appellate counsel's staff spoke to Mr. McKeon and informed him that we would be seeking the minimum two week extension but would file the opening brief tomorrow. He said he was fine with extension but that he would need more time before the hearing on Monday, December 14, 2009 to read opening brief. Mr. McKeon further indicated that he would be out office starting December 18, 2009 to January 1, 2009.

7. The parties hereby stipulate to an order extending the date on defendant, Roger Remy's, motion for release pending appeal from December 14, 2009 to a new date of January 19, 2010 at 9:00 a.m.

IT IS SO STIPULATED.

Dated: December 11, 2009         /s/ Patience Milrod
                                 PATIENCE MILROD
                                 Attorney for defendant
                                 ROGER REMY

Dated: December 11, 2009         /s/ Mark Joseph McKeon
                                 United States Attorney
                                 LAWRENCE G. BROWN
                                 By MARK JOSEPH McKEON
                                 Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | ## ORDER ON STIPULATION |

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant, Roger Remy's hearing date for his motion for release pending appeal presently set for December 14, 2009 be and is hereby extended to a new date of January 19, 2010 at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 10, 2009

                                          /s/OLIVER W. WANGER
                                          HON. OLIVER W. WANGER
                                          Judge of the Eastern District

PDF created with pdfFactory trial version www.pdffactory.com