Patience Milrod  #77466
844 North Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for Roger Keith Remy

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:07-cr-00054 OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION |
| vs. | ) | FOR RELEASE PENDING APPEAL |
| | ) | AND SETTING CONDITIONS OF |
| ROGER KEITH REMY, | ) | RELEASE |
| Defendant. | ) | |

　　　　The Court having read and considered the briefing, submittals, declarations and exhibits in this matter, as well as the docket, file and trial proceedings, the Court finds that the evidence establishes that Mr. Remy is not likely to flee or pose a danger to the community, that his appeal is not for the purpose of delay, and that the appeal raises substantial questions of law and fact which are likely to result in a reversal, an order for new trial, a sentence which does not include imprisonment, or a reduced sentence which will total less than the amount of time already served.

*Order Granting Release Pending Appeal and Setting Conditions*                                                              1

PDF created with pdfFactory trial version www.pdffactory.com

In particular, the Court finds that Mr. Remy has established for purposes of this motion that his appeal raises substantial questions of fact related to the actual amount of loss on the basis of which a restitution order may be made. The Court finds that upon resentencing it appears possible there will be sufficient evidence to establish a reduced loss amount, which in turn would reduce Mr. Remy's Guidelines offense level. The Court further observes that the average length of time for processing of an appeal in the Ninth Circuit is 24 months, which is also Mr. Remy's sentence.

Therefore, good cause having been shown, IT IS HEREBY ORDERED that Roger Keith Remy be and is hereby released pending the conclusion of appellate proceedings in U.S.C.A. No. 09-10387.

Within 15 days of the Ninth Circuit Court of Appeals' final affirmance or other final disposition, the parties shall set a hearing in this Court for further proceedings as permitted or required by the terms of the appellate court's order.

IT IS FURTHER ORDERED that Mr. Remy continues to be released subject to the Conditions of Release imposed by Judge Ishii on April 27, 2007, a true and correct copy of which order is appended to this Order and by this reference incorporated herein.

Dated:  January 27, 2010

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

*Order Granting Release Pending Appeal and Setting Conditions*                                                             2

PDF created with pdfFactory trial version www.pdffactory.com