Patience Milrod  #77466
844 North Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for Roger Keith Remy

# IN THE UNITED STATES DISTRICT COURT IN AND FOR
# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROGER KEITH REMY,<br>　　　　　　Defendant. | Case No. 1:07-cr-00054 OWW<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR RESTITUTION HEARING** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK JOSEPH McKEON, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, appellate counsel for the Defendant herein:

1. Counsel for the parties are actively pursuing settlement and require additional time to gather the pertinent information to settle this matter.

2. The parties hereby stipulate to an order continuing the date for the restitution hearing, from October 14, 2010 at 12:00 p.m. to a new date of November 17,

*Stipulation and Order*　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*1*

2010 at 12:00 p.m.

IT IS SO STIPULATED.

Dated:   October 12, 2010          /s/ Patience Milrod
                                   PATIENCE MILROD
                                   Attorney for defendant
                                   ROGER REMY

Dated:   October 12, 2010          /s/Mark McKeon
                                   United States Attorney
                                   LAWRENCE G. BROWN
                                   By MARK JOSEPH McKEON
                                   Assistant U.S. Attorney

### [PROPOSED] ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the restitution hearing date presently set for October 14, 2010 at 12:00 p.m. be and is hereby continued to a new date of November 17, 2010 at 12:00 p.m.

IT IS SO ORDERED.

/s/ Oliver W. Wanger

Dated:   **October 12, 2010**

UNITED STATES DISTRICT JUDGE

*Stipulation and Order*                                                                 2