Patience Milrod  #77466
844 North Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for Roger Keith Remy

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>           Plaintiff,<br><br>vs.<br><br>ROGER KEITH REMY,<br>           Defendant. | Case No. 1:07-cr-00054 OWW<br><br>STIPULATION TO EXTEND DATE<br>FOR RESTITUTION HEARING<br>and<br>ORDER<br><br>Date:       November 17, 2010<br>Time:              12:00 p.m.<br>Court:    Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK JOSEPH McKEON, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant herein:

1. On August 18, 2010, the Ninth Circuit vacated the restitution order in this case and remanded for reconsideration of the restitution amount.

2. The parties have reached a stipulated agreement as to the total amount of restitution due, and believe we will be able also to reach agreement as to the payment schedule for that restitution amount.

*Stipulation and Order*                                                                                                  1

PDF created with pdfFactory trial version www.pdffactory.com

3. In order either to conclude an agreement about the payment schedule, or for the Court to order a payment schedule if agreement is not possible, United States Probation must consider Mr. Remy's assets, income, expenses and debts in order to make a recommendation. Such a recommendation will therefore require that Mr. Remy collect and provide to Probation, and that Probation review and analyze, significant quantities of data.

4. By the time the parties had come to agreement about the amount of restitution, the USPO assigned to his case, Tim Mechem, was out of the office on vacation; he will not return until November 12, 2010.

5. Between November 12 and November 17, the hearing date in this matter, Mr. Mechem will not have sufficient time to secure necessary documents from Mr. Remy, analyze them, interview Mr. Remy, and prepare a report and recommendation for the Court.

6. Mr. Remy's counsel has conferred with Rick Louviere of United States Probation, who has authorized the parties to represent to the Court that Probation joins in the request for additional time in which to prepare the necessary report and recommendation in this matter.

7. Therefore, the parties hereby stipulate to an order continuing the date for the restitution hearing, from November 17, 2010 at 12:00 p.m. to a new date of December 8, 2010 at 12:00 p.m.

IT IS SO STIPULATED.

    Dated:   November 10, 2010              /s/ Patience Milrod
                                                          PATIENCE MILROD
                                                          Attorney for defendant
                                                          ROGER REMY

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:   November 10, 2010 | /s/Mark McKeon<br>United States Attorney<br>LAWRENCE G. BROWN<br>By MARK JOSEPH McKEON<br>Assistant U.S. Attorney |

## ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the restitution hearing presently set for November 17, 2010 at 12:00 p.m. be and is hereby continued to a new date of December 8, 2010 at 12:00 p.m.

IT IS SO ORDERED.

| | |
|---|---|
| Dated: November 10, 2010 | /s/ OLIVER W. WANGER<br>United States District Judge |

PDF created with pdfFactory trial version www.pdffactory.com