| | |
|---|---|
| 1 | BENJAMIN B. WANGER |
|   | United States Attorney |
| 2 | MARK J. McKEON |
|   | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street |
|   | Suite 4401 |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   Case No. 1:07CR0054 OWW
                                    )
             Plaintiff,             )   STIPULATION AND ORDER TO CONTINUE
                                    )   DATE FOR RESTITUTION HEARING
     v.                             )
                                    )   DATE: January 20, 2011
                                    )   TIME: 12:00 p.m.
ROGER KEITH REMY,                   )   PLACE: Courtroom 3
                                    )   Honorable Oliver W. Wanger
             Defendant.             )
                                    )

     IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the restitution hearing presently scheduled before the Honorable Oliver W. Wanger for December 8, 2010 at 12:00 p.m. be continued to January 20, 2011, at 12:00 p.m.

     All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

     U.S. Probation Officer Tim Mechem has provided a worksheet for the defendant to complete. The package is 53 pages long and will require the defendant to produce bills, bank statements, etc. Due to the numerous documents that must be provided by the defendant and the time necessary for Mr. Mechem to complete and provide the necessary report and recommendation to the Court, the continuance is deemed necessary.

                                                Respectfully submitted,

                                                BENJAMIN W. WAGNER
United States Attorney

DATED: December 2, 2010           By:   /s/ Mark J. McKeon
                                                          MARK J. McKEON
                                                          Assistant U.S. Attorney

DATED: December 2, 2010           By:   /s/Patience Milrod
                                                          PATIENCE MILROD
                                                          Attorney for Defendant
                                                          ROGER REMY

## **ORDER**

Having received and reviewed the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the restitution hearing presently set for December 8, 2010 at 12:00 p.m. be continued to January 20, 2011 at 12:00 p.m.

IT IS SO ORDERED.

**Dated:   December 2, 2010**                        /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE