Patience Milrod  #77466
844 North Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for Roger Keith Remy

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ROGER KEITH REMY,<br>　　　　　　　Defendant. | Case No. 1:07-cr-00054 OWW<br><br>STIPULATION TO EXTEND DATE<br>FOR RESTITUTION HEARING<br>and<br>ORDER<br><br>Date:　　　　January 20, 2011<br>Time:　　　　　　　12:00 p.m.<br>Court:　　Hon. Oliver W. Wanger |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK JOSEPH McKEON, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant herein:

　　　1.  On August 18, 2010, the Ninth Circuit vacated the restitution order in this case and remanded for reconsideration of the restitution amount.

　　　2.  The parties have reached a stipulated agreement as to the total amount of restitution due, and believe we will be able also to reach agreement as to the payment schedule for that restitution amount.

PDF created with pdfFactory trial version www.pdffactory.com

3. In order either to conclude an agreement about the payment schedule, or for the Court to order a payment schedule if agreement is not possible, United States Probation must consider Mr. Remy's assets, income, expenses and debts in order to make a recommendation.  Such a recommendation will therefore require that Mr. Remy collect and provide to Probation, and that Probation review and analyze, significant quantities of data.

4. On January 12, 2011, probation officer Tim Mechem received by hand delivery Mr. Remy's financial packet for review.

5. On January 18, 2011 Mr. Mechem contacted counsel for Mr. Remy requesting additional information such as additional bank statements and confirmation of Mr. Remy's unemployment status.  Counsel for Mr. Remy replied that day to Mr. Mechem's request, and informed him that the soonest additional bank statements could be provided would be January 19, 2011.  Counsel for Mr. Remy also provided additional information, which Mr. Remy had forgotten to include in the financial packet.  Mr. Mechem replied and requested still more information, and also recommended continuing the hearing so that more clarification could be provided.

6. Therefore, the parties hereby stipulate to an order continuing the date for the restitution hearing, from January 20, 2011 at 12:00 p.m. to a new date of February 9, 2011 at 12:00 p.m.

///

///

IT IS SO STIPULATED.

*Stipulation and Order*     1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: | January 19, 2011 | /s/ Patience Milrod<br>PATIENCE MILROD<br>Attorney for defendant<br>ROGER REMY |
| Dated: | January 19, 2011 | /s/Mark McKeon<br>United States Attorney<br>LAWRENCE G. BROWN<br>By MARK JOSEPH McKEON<br>Assistant U.S. Attorney |

### ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the restitution hearing presently set for January 20, 2011 at 12:00 p.m. be and is hereby continued to a new date of February 9, 2011 at 12:00 p.m.

IT IS SO ORDERED.

Dated: January 19, 2011

/s/ OLIVER W. WANGER
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com