Patience Milrod  #77466
844 North Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for Roger Keith Remy

**IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ROGER KEITH REMY,<br>　　　　　　　　Defendant. | **Case No. 1:07-cr-00054 OWW**<br><br>**STIPULATION TO EXTEND DATE<br>FOR RESTITUTION HEARING<br>and<br>ORDER**<br><br>Date:　　　　　February 9, 2011<br>Time:　　　　　　12:00 p.m.<br>Court:　　Hon. Oliver W. Wanger |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, MARK JOSEPH McKEON, Assistant United States Attorney for

Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

　　　　1.　On August 18, 2010, the Ninth Circuit vacated the restitution order in this

　　　　　　case and remanded for reconsideration of the restitution amount.

　　　　2.　The parties have reached a stipulated agreement as to the total amount of

　　　　　　restitution due, and believe we will be able also to reach agreement as to the

*Stipulation and Order*　　　　　　　　　　　　　　　　　　　　　　　*1*

payment schedule for that restitution amount.

3. In order either to conclude an agreement about the payment schedule, or for the Court to order a payment schedule if agreement is not possible, United States Probation must consider Mr. Remy's assets, income, expenses and debts in order to make a recommendation.  Such a recommendation will therefore require that Mr. Remy collect and provide to Probation, and that Probation review and analyze, significant quantities of data.

4. On January 12, 2011, probation officer Tim Mechem received by hand delivery Mr. Remy's financial packet for review.

5. On February 2, 2011, per Mr. Mechem's request, counsel for Mr. Remy provided additional information.  Counsel for Mr. Remy also informed Mr. Mechem that she would like to review his report with her client before the hearing and needed to know when such a report would be ready.

6.  On February 4, 2011 Mr. Mechem replied and said that he was reviewing all the information and would not write a report until Monday or Tuesday, and also recommended continuing the hearing.

7. Therefore, the parties hereby stipulate to an order continuing the date for the restitution hearing, from February 9, 2011 at 12:00 p.m. to a new date of February 24, 2011 at 12:00 p.m.

///

///

Dated:   February 8, 2011          /s/ Patience Milrod
                                    PATIENCE MILROD
                                    Attorney for defendant
                                    ROGER REMY

Dated:   February 8, 2011          /s/Mark McKeon
                                    United States Attorney
                                    LAWRENCE G. BROWN
                                    By MARK JOSEPH McKEON
                                    Assistant U.S. Attorney


## ORDER ON STIPULATION

Having received and reviewed the stipulation of the parties, and good cause

appearing therefor,

IT IS HEREBY ORDERED that the restitution hearing presently set for February

9, 2011 at 12:00 p.m. be and is hereby continued to a new date of February 24, 2011 at

12:00 p.m.


IT IS SO ORDERED.

Dated:   **February 8, 2011**

**/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE