Patience Milrod  #77466
844 North Van Ness Avenue
Fresno, California  93728
559/442-3111

Attorney for Roger Keith Remy

## IN THE UNITED STATES DISTRICT COURT IN AND FOR
## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>vs.<br><br>ROGER KEITH REMY,<br>       Defendant. | Case No. 1:07-cr-00054 OWW<br>**STIPULATION TO EXTEND DATE<br>FOR RESTITUTION HEARING<br>and<br>ORDER**<br>Date:     February 24, 2011<br>Time:     12:00 p.m.<br>Court:    Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MARK JOSEPH McKEON, Assistant United States Attorney for Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

1. On August 18, 2010, the Ninth Circuit vacated the restitution order in this case and remanded for reconsideration of the restitution amount.

2. The parties have reached a stipulated agreement as to the total amount of restitution due, and believe we will be able also to reach agreement as to the payment schedule for that restitution amount.

3. In order either to conclude an agreement about the payment schedule, or for

*Stipulation and Order*                                                                                                           1

the Court to order a payment schedule if agreement is not possible, United States Probation must consider Mr. Remy's assets, income, expenses and debts in order to make a recommendation. Such a recommendation will therefore require that Mr. Remy collect and provide to Probation, and that Probation review and analyze, significant quantities of data.

4. On January 12, 2011, probation officer Tim Mechem received by hand delivery Mr. Remy's financial packet for review.

5. On February 16, 2011, Mr. Mechem requested additional information. Counsel for Mr. Remy informed Mr. Mechem that the soonest this additional information could be provided would be on February 22, 2011.

6. On February 17, 2011, the parties conferred and agreed to put over the hearing to allow sufficient time for a report to be provided for review before the hearing.

7. Therefore, the parties hereby stipulate to an order continuing the date for the restitution hearing, from February 24, 2011 at 12:00 p.m. to a new date of March 10, 2011 at 12:00 p.m.

Dated:   February 22, 2011          /s/ Patience Milrod
                                     PATIENCE MILROD
                                     Attorney for defendant
                                     ROGER REMY

Dated:   February 22, 2011          /s/Mark McKeon
                                     United States Attorney
                                     LAWRENCE G. BROWN
                                     By MARK JOSEPH McKEON
                                     Assistant U.S. Attorney

*Stipulation and Order*                                                   2

**ORDER ON STIPULATION**

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the restitution hearing presently set for February 24, 2011 at 12:00 p.m. be and is hereby continued to a new date of March 10, 2011 at 12:00 p.m.

IT IS SO ORDERED.

Dated:   **February 22, 2011**

**/s/ Oliver W. Wanger**

UNITED STATES DISTRICT JUDGE

*Stipulation and Order*                                                                                                              3