BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 498-4000
Facsimile: (559) 497-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 1:07-cr-00054-OWW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER ON |
| ) | AMENDED JUDGMENT SETTING OUT |
| v. ) | RESTITUTION AMOUNT AND PAYMENT |
| ) | SCHEDULE |
| ROGER KEITH REMY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____) | |

On August 18, 2010, the U.S. Court of Appeals vacated the restitution order in the judgment in this case and remanded the case for reconsideration of the restitution amount.  The parties have reached an agreement on the correct amount of restitution, and the payment schedule for the restitution.  At the sentencing hearing held on March 28, 2011, the district court agreed to enter an order in accordance with the parties' agreement.

Accordingly, the parties hereby STIPULATE AND AGREE that:

1.   The District Court may amend the judgment entered on September 16, 2009, C.R. 87 (the "Judgment"), by deleting the amount of restitution ordered on page 5 of the judgment, $220,618, and ordering the defendant to pay restitution in the amount of

$126,973 instead.

2. The district court may amend the Judgment by ordering that payment of the total fine and other criminal monetary penalties shall be due in equal monthly installments of $400.00, payment to begin immediately.

DATED: March 29, 2011    BENJAMIN B. WAGNER
               United States Attorney

              By: /s/ Mark J. McKeon
                MARK J. McKEON
                Assistant U.S. Attorney

DATED: March 29, 2011    By: /s/ Patience Milrod
                PATIENCE MILROD
                Attorney for Defendant,
                ROGER REMY

IT IS SO ORDERED.

**Dated: April 7, 2011**      **/s/ Oliver W. Wanger**
                UNITED STATES DISTRICT JUDGE